**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>RENAISSANCE RESIDENTIAL OF COUNTRYSIDE, LLC,<br><br>Debtor. | Case No. 09-31460<br><br>Chapter 11<br><br>Hon. John H. Squires<br><br>Hearing Date: March 2, 2010<br>Hearing Time: 9:30 a.m. |

**LIMITED OBJECTION OF PARKWAY BANK AND TRUST COMPANY TO FIRST INTERIM APPLICATION OF LEVENFELD PEARLSTEIN, LLC AS COMMITTEE COUNSEL**

Parkway Bank and Trust Company ("Parkway"), as senior secured lender, submits this limited objection to the first interim application of Levenfeld Pearlstein, LLC ("Levenfeld") as counsel to the Official Committee ("Committee") of Unsecured Creditors of Renaissance Residential of Countryside, LLC ("Debtor") to employ counsel. Parkway does not object to the allowance of the fees and reimbursement of expenses sought, or to the payment of such fees and expenses from the existing retainer. Parkway's objection is limited to the extent that the immediate request for the payment implicates Parkway's cash collateral, in which case the provisions of the cash collateral orders in this case should apply.

PARKWAY BANK and TRUST COMPANY

Date: February 25, 2010    By:   /s/ Janice A. Alwin
One of its attorneys

William J. Barrett (6206424)
Janice A. Alwin (6277043)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison St., Suite 3900
Chicago, IL 60606
Tel: (312) 984-3100
Fax: (312) 984-3150
janice.alwin@bfkn.com

## CERTIFICATE OF SERVICE

I, Janice A. Alwin, an attorney, hereby certify that a copy of the foregoing **LIMITED OBJECTION OF PARKWAY BANK AND TRUST COMPANY TO FIRST INTERIM APPLICATION OF LEVENFELD PEARLSTEIN, LLC AS COMMITTEE COUNSEL** was duly served to all registered parties through the CM/ECF system and via facsimile, to the parties listed below, on February 25, 2010:

Richard H. Fimoff
Robbins, Salomon & Patt Ltd
25 E. Washington St., Suite 1000
Chicago, IL 60602
*Facsimile No. 312-782-6690*

Fred R. Harbecke
29 S. LaSalle St., Suite 945
Chicago, IL 60603
*Facsimile No. 312-443-9541*

Michael L. Gessas
Miriam R. Stein
Arnstein & Lehr LLP
120 S Riverside Plaza, Suite 1200
Chicago, IL 60606
*Facsimile No. 312-876-0288*

Jonathan P Friedland
Elizabeth B Vandesteeg
Levenfeld Pearlstein LLC
2 North LaSalle, Suite 1300
Chicago, IL 60602
*Facsimile No. 312-346-8434*

William T. Neary
Office of the U.S. Trustee
Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
*Facsimile No. 312-886-5794*

          */s/ Janice A. Alwin*
          Janice A. Alwin

**Electronic Mail Notice List**

- Paul M Bach    paul@bachoffices.com, pnbach@bachoffices.com;sandra@bachoffices.com
- Penelope N Bach    pnbach@bachoffices.com, paul@bachoffices.com
- William J. Barrett    william.barrett@bfkn.com
- Richard H Fimoff    rfimoff@rsplaw.com, labrams@rsplaw.com
- Jonathan P Friedland    jfriedland@lplegal.com
- Michael L. Gesas    mlgesas@arnstein.com, blsutton@arnstein.com
- Fred R Harbecke    fredrharbecke@sbcglobal.net
- David L Kane    dkane@mpslaw.com
- Joseph P Kincaid    jkincaid@smbtrials.com
- Timothy J. McGonegle    tmcgonegle@schainlaw.com
- Kevin H Morse    khmorse@arnstein.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Nathaniel J. Pomrenze    npomrenze@rsplaw.com
- Dennis E. Quaid    dquaid@tcfhlaw.com
- Charles S. Stahl, Jr.    cstahl@smbtrials.com
- Miriam R. Stein    mrstein@arnstein.com, jbmedziak@arnstein.com

605132-1           2